SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, MIGUEL HERNANDEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MIGUEL HERNANDEZ, | Case No.: 2:21-cv-02290 FMO (Ex) |
| --- | --- |
| Plaintiff, | Assigned to Hon. Fernando M. Olguin |
| vs. | **NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| METROPOLITAN LIFE INSURANCE COMPANY; J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC.; and DOES 1 to 10, | |
| Defendants. | |

Notice is hereby given that Plaintiff Miguel Hernandez ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties requests that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: August 10, 2021                              SO. CAL EQUAL ACCESS GROUP


　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jason J. Kim*
　　　　　　　　　　　　　　　　　　　　　　　　　JASON J. KIM
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff