1  **SO. CAL. EQUAL ACCESS GROUP**
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
   Telephone: (213) 252-8008
4  Facsimile: (213) 252-8009
   scalequalaccess@yahoo.com
5
   Attorneys for Plaintiff, MIGUEL HERNANDEZ
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | MIGUEL HERNANDEZ,

12 |         Plaintiff,                | **Case No.: 2:21-cv-02290 FMO (Ex)**
                                         Assigned to Hon. Fernando M. Olguin
13 |    vs.

14 | METROPOLITAN LIFE INSURANCE         | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**
15 | COMPANY; J.P. MORGAN CHASE
    NATIONAL CORPORATE
16 | SERVICES, INC.; and DOES 1 to 10,

17

18 |         Defendants.

---

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MIGUEL HERNANDEZ ("Plaintiff") and Defendant J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC., stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety. Each party shall bear their own costs and attorneys' fees.

Respectfully submitted,

DATED: October 22, 2021    SO. CAL. EQUAL ACCESS GROUP

By: ___*/s/   Jason J. Kim*___
Jason J. Kim
Attorneys for Plaintiff

Dated: October 22, 2021    JEFFER, MANGELS, BUTLER & MITCHELL LLP
MARTIN H. ORLICK
STUART K. TUBIS

By: ___*/s/ Stuart K. Tubis*___
Stuart K. Tubis
Attorneys for Defendant
J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC.

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 22, 2021    By: */s/ Jason J. Kim*
Jason J. Kim